[No. 57030-7-I.   Division One.   April 23, 2007.]

CINTAS CORPORATION, *Respondent*, v. C.C. CAVANAUGH, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-02015-0, Douglas D. McBroom, J., entered August 25, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ.

[No. 57192-3-I.   Division One.   April 23, 2007.]

DAVID BAUMAN ET AL., *Respondents*, v. RONALD TURPEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08829-1, Laura C. Inveen and Michael Hayden, JJ., entered October 19, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ. Now published at 139 Wn. App. 78.

[No. 57260-1-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS JOSE BARRON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00131-6, Steven J. Mura, J., entered November 15, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Ellington, JJ.

[No. 57408-6-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH JOHN HAALA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05247-0, Nicole MacInnes, J., entered October 28, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.